245 U.S. 667, 38 S.Ct. 133

John A. JESSON et al., Petitioners, v. F. G. NOYES, as Receiver of the Washington-Alaska Bank.

No. 753.

Supreme Court of the United States.

Dec. 10, 1917.

For opinion below, see 245 F. 46.

Messrs. W. H. Metson, Curtis Hillyer, and Metson, Drew & Mackenzie, all of San Francisco, Cal., for petitioners.

Mr. Orion L. Rider, of Vinita, Okl., for respondent.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.